UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATARI WAFFORD, #0317201, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:20-cv-2143-B-BN |
| SHERIFF CHARLES EDGE, LIEUTENANT HAMMONDS, and OFFICER GREENUP, | § § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed.

The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (the "FCR").

The Court therefore **DISMISSES** Plaintiff Katari Wafford's claims against Defendants Sheriff Charles Edge and Lieutenant Hammonds **with prejudice** under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A and **DISMISSES** Wafford's claims against Defendant Officer Greenup **without prejudice** to Wafford's filing within **21 days** after the entry of this order an amended complaint <u>solely concerning those claims</u> that cures, if and where possible, the deficiencies outlined in the FCR.

If Wafford fails to file a timely amended complaint in compliance with this order, the Court will enter a final judgment, dismissing all remaining claims with prejudice, without further notice to Wafford.

SO ORDERED.

DATE: September 8, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE